**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

**Civil File No. 01-CV-1846 JRT/FLN**

---

Jamie Morrow,

Plaintiff,

vs.

Robert Wones; R L One, Inc. d/b/a S & R Property Management; Howard Melin and Susan Wones, d/b/a S & R Property Management,

Defendants.

---

**ORDER GRANTING MOTION TO AMEND COMPLAINT AND ADD PARTIES AND TO AMEND ANSWER**

Plaintiff Jamie Morrow has brought a motion before the Court to amend her complaint and add Susan Wones as a Defendant. Defendant Howard Melin also brought a motion to amend his answer to assert additional cross claims and counterclaims. The parties were served and have stipulated that the motions should be granted. Based on the stipulation of the parties,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend her complaint and add Susan Wones as a Defendant is granted.

2. Defendant Melin's motion to amend his answer is granted.

3. Pursuant to Local Rule 15.1, Plaintiff shall file the original Amended Complaint and Defendant Melin shall file his original Amended Answer with the Clerk of Court.

FILED MAY 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The parties, other than Susan Wones, will file responsive pleadings to the amendments within ten days of the date of this Order.

5. The Clerk of Court shall amend the Summons in this action to include Susan Wones and Plaintiff will serve the Summons and Amended Complaint on Susan Wones.

So ordered this 17th day of May, 2002.

BY THE COURT:

Franklin L Noel

Magistrate Franklin Noel

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

**Civil File No. 01-CV-1846 JRT/FLN**

---

Jamie Morrow,

Plaintiff,

vs.

Robert Wones; R L One, Inc. d/b/a S & R Property Management; Howard Melin and Susan Wones, d/b/a S & R Property Management,

Defendants.

---

**STIPULATION CONCERNING AMENDED COMPLAINT AND ANSWER**

Plaintiff Jamie Morrow brought a motion before the Court to amend her complaint and add Susan Wones as a Defendant. Defendant Howard Melin also brought a motion to amend his answer to assert additional cross claims and counterclaims. Plaintiff Jamie Morrow and Defendants Howard Melin, Robert Wones, and RL One, Inc. have reached the following stipulation concerning the proposed amendments.

1. The parties have no objection to the proposed amended complaint, including the motion to add Susan Wones as a Defendant, or to the amended answer of Howard Melin.

2. The parties acknowledge service of the proposed amended complaint and amended answer.

3. The parties request that they be given at least ten days to respond to the amended pleadings as allowed by FED. R. CIV. P. 15.

3. The parties request that they be given at least ten days to respond to the amended pleadings as allowed by FED. R. CIV. P. 15.

4. The parties request that the court enter the attached proposed order.

Dated: May 15, 2002

Kristin A. Siegesmund
Attorney for Plaintiff Jamie Morrow
Housing Discrimination Law Project
2929 Fourth Avenue South, Suite 201
Minneapolis, MN 55408
(612) 827-3774

Dated: 5/16, 2002

Mr. Mark Ohnstad, Esq.
Attorney for Defendants Robert Wones and RL One, Inc.
Thomsen & Nybeck, P.A.
3300 Edinborough Way, Suite 600
Edina, MN 55435
(952) 835-7000

Dated: 5/16, 2002

Mr. James L. Haigh, Esq.
Attorney for Defendant Howard Melin
Cousineau, McGuire, & Anderson
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416
(952) 546-8400