UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil File No. 01-CV-1846 ~~JRT/FLN~~ JEL/JGL

---

Jamie Morrow,

Plaintiff,

vs.

Robert Wones; R L One, Inc. d/b/a S & R Property Management; Howard Melin and Susan Wones, d/b/a S & R Property Management,

Defendants.

---

**ORDER GRANTING MOTION TO AMEND COMPLAINT AND ADD PARTIES AND TO AMEND ANSWER TO ASSERT NEW CROSS CLAIMS AND COUNTERCLAIMS**

Plaintiff Jamie Morrow has brought a motion before the Court to amend her complaint and add Susan Wones as a Defendant. Defendant Howard Melin also brought a motion to amend his answer to assert additional cross claims and counterclaims. The parties were served and have stipulated that the motions should be granted. Based on the stipulation of the parties,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend her complaint and add Susan Wones as a Defendant is granted.

2. Defendant Melin's motion to amend his answer to assert additional cross claims and counterclaims is granted.

FILED MAY 2 ? 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Pursuant to Local Rule 15.1, Plaintiff shall file the original Amended Complaint and Defendant Melin shall file his original Amended Answer with the Clerk of Court.

4. The parties, other than Susan Wones, will file responsive pleadings to the amendments within ten days of the date of this Order.

5. The Clerk of Court shall amend the Summons in this action to include Susan Wones and Plaintiff will serve the Summons and Amended Complaint on Susan Wones.

So ordered this 23 day of May, 2002.

BY THE COURT:

## *Featured Speakers Include:*

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**
**District of Minnesota**

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF
THE FEDERAL BAR
ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000