UNTIED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 01-1846 JEL/JGL

---

Jamie Morrow,

Plaintiff,

vs.

Robert Wones; R L One, Inc. d/b/a S & R Property Management; Howard Melin; and Susan Wones, d/b/a S & R Property Management,

Defendants.

**ORDER**

---

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Defendants Robert Wones and R L One, Inc. shall have until October 15, 2002 to disclose the substance of the expected testimony of their expert witness Dr. Gary Fischler, that Plaintiff's expert witness Dr. Louise Fitzgerald shall transmit to Dr. Fischler the "raw" psychological test results as soon as possible, and that Plaintiff will not be subjected to additional testing or a personal interview by Dr. Fischler.

Dated: Oct. 29, 2002

BY THE COURT

Franklin L. Noel

Magistrate Judge Franklin Noel

OCT 30 2002