UNTIED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 01-1846 JEL/JGL

---

Jamie Morrow,

Plaintiff,

vs.

Robert Wones; R L One, Inc. d/b/a S & R Property Management; Howard Melin; and Susan Wones, d/b/a S & R Property Management,

Defendants.

---

**ORDER**

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Defendants Robert Wones and R L One, Inc. shall have until October 22, 2002 to disclose the substance of the expected testimony of their expert witness Dr. Gary Fischler.

Dated: Nov. 8, 2002

BY THE COURT

Magistrate Judge JONATHAN LEBEDOFF

NOV 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK