**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

CIVIL FILE 01-CV-1846 JRT/FLN

---

Jamie Morrow,

Plaintiff,

vs. **ORDER**

Robert Wones; R L One, Inc. d/b/a S & R Property Management; Howard Melin, and Susan Wones, d/b/a S & R Property Management,

Defendants.

---

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that the discovery deadline is changed from November 1, 2002 to December 31, 2002. Trial Ready date remains unchanged

Dated: Nov. 7, 2002

BY THE COURT

Franklin L. Noel

Magistrate Judge Franklin Noel

NOV 07 2002