UNTIED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 01-1846 JEL/JGL

Jamie Morrow,

Plaintiff,

vs.

Robert Wones; R L One, Inc. d/b/a S & R Property Management; Howard Melin; and Susan Wones, d/b/a S & R Property Management,

Defendants.

**ORDER**

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that leave is granted to Defendants Robert Wones and R L One, Inc. d/b/a S & R Property Management to take the deposition of Plaintiff Jamie Morrow.

Dated: Nov 15, 2002

BY THE COURT

Magistrate Judge Jonathan G. Lebedoff

FILED NOV 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____