**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Civil File No. 01-1846 JEL/JGL**

-----------------------------------------------------

Jamie Morrow,

Plaintiff,

vs.

Robert Wones; R L One, Inc. d/b/a S & R Property Management; Howard Melin and Susan Wones, d/b/a S & R Property Management,

Defendants.

-----------------------------------------------------

**STIPULATION FOR PROTECTIVE ORDER AND ORDER**

**TO: Defendant Howard Melin and his counsel, James L. Haigh, Esq., Cousineau, McGuire, & Anderson, 600 Travelers Express Tower, 1550 Utica Avenue South, Minneapolis, MN 55416-5318, and John L. Weyland, Esq., 300 Degree of Honor Building, 325 Cedar Street, St. Paul, MN 55101;**

**Defendant Robert Wones and his counsel, Mark Ohnstad, Thomsen & Nybeck, P.A., 3300 Edinborough Way, Suite 600, Edina, MN 55435;**

**Defendant Susan Wones and her counsel, Mark Fonken, Jardine, Logan & O'Brien PLLP, 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, MN 55042; and**

**Defendant RL One, Inc. and its counsel, Steven Tomsche, Tomsche, Sonnesyn & Tomsche P.A., 610 Ottawa Avenue North, Minneapolis, MN 55422.**

It is hereby stipulated between Plaintiff and Defendants, by and through their respective counsel, that an order to the following effect may be entered herein, the Honorable Court consenting:

As hereinafter used, the term "Confidential Information" means medical, financial, or other information or documents believed by any party to constitute confidential information.

FILED DEC 2 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

If any party believes that information or documents produced by way of answers to interrogatories, depositions, production of documents, or required disclosures is confidential information, the Plaintiff may mark or have marked such answers, deposition, document, or thing as "CONFIDENTIAL."

The producing party shall retain the original of any Confidential Information but any party, by its counsel, shall have the right to examine the original, to be provided with a full and complete copy thereof, and to call for production of the original at the trial of this action.

All depositions, exhibits, answers to interrogatories, and other documents or things, or copies thereof, and all other information received by counsel for any party pursuant to pretrial discovery or disclosure in this litigation which are marked by the producing party as "CONFIDENTIAL" information shall be retained by opposing counsel and shall not be disclosed to any other person or party except that, and solely for the purpose of this litigation, any such transcript, deposition, exhibit, answer, or other document or information may be disclosed by counsel for a party to the following:

a. Counsel of record and members, associates, and employees of the firm of which such counsel are members;

b. Deposition notaries;

c. Deponents during the course of their depositions;

d. Such officers and/or persons regularly employed by each party whose assistance, advice, and consultation will be required by the party in connection with preparation for trial or at trial of this action;

e. Experts and consultants retained to testify or consult during this litigation;

f. The Court (including the Clerk of Courts, Deputy Clerks, and necessary staff); and

g. Parties' insurance companies and their authorized agents.

The persons identified in Paragraphs 4(d) and 4(e), before any Confidential Information is disclosed to him or her, shall be notified by the parties that the information and documents are subject to the terms of a protective order and may not be used, disclosed, or in any way communicated except pursuant to the terms of this Order. Such persons shall sign a copy of the Order constituting their acceptance of its terms.

No person or party shall make public disclosure of any information obtained pursuant to pretrial discovery or disclosure in this litigation, which shall have been marked as "CONFIDENTIAL" by an opposing party to this action, without further order of the Court.

If materials subject to this Stipulated Protective Order are filed with the Court, they shall be filed under seal and in an envelope bearing the following description:

**CONFIDENTIAL**

**This envelope contains confidential information subject to Protective Order and is not to be opened except pursuant to the authority of the Court.**

Any party may move the Court for an Order removing the confidentiality designation or modifying the terms of this Order.

Execution of this Order itself by any party or attorney shall not affect the admissibility into evidence of any document covered by this Order.

Upon final termination of this litigation, each party or person subject to the terms hereof shall be under an obligation to assemble and return to the originating source, if the source should so request, all materials and documents designated "CONFIDENTIAL" and all copies thereof and all other materials, memoranda, or documents embodying data concerning said materials and documents.

The production of these documents by the producing party does not waive any privilege that may be asserted by any party in this proceeding or in any other litigation.

The parties agree that they will abide by the terms of this Stipulated Protective Order during the period prior to the Court's execution of this document, whenever that may be.

LAW OFFICES OF THE LEGAL AID SOCIETY OF MINNEAPOLIS

Dated: 12/19, 2002

By [signature]

Nicole A. Lindemyer
Attorney License No. 0312046
Kristin A. Siegesmund
Attorney License No. 0147400
Housing Discrimination Law Project
2929 Fourth Avenue South
Suite 201
Minneapolis, MN 55408
Telephone: (612) 827-3774

Attorneys for Plaintiff Jamie Morrow

Dated:________________________, 2002

By settled out of case
James L. Haigh, Esq.
Attorney License No. ______________
Cousineau, McGuire, & Anderson
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
Telephone: ____________________

Attorneys for Defendant Howard Melin

Dated: 9/19, 2002

By [signature]
Mark Ohnstad
Attorney License No. 81218
Thomsen & Nybeck, P.A.
3300 Edinborough Way
Suite 600
Edina, MN 55435
Telephone: ____________

Attorney for Defendant Robert Wones

Dated:______________________, 2002

By settled out of case
Mark Fonken
Attorney License No. ________________
Jardine, Logan & O'Brien PLLP
8519 Eagle Point Boulevard
Suite 100
Lake Elmo, MN 55042
Telephone: ______________________

Attorney for Defendant Susan Wones

Dated:______________________, 2002

By withdrew

Steven Tomsche
Attorney License No. ______________
Tomsche, Sonnesyn & Tomsche P.A.
610 Ottawa Avenue North
Minneapolis, MN 55422
Telephone: ____________________

Attorney for Defendant RL One, Inc.

Dated:______________________, 2002

By settled out of case

John L. Weyland
Attorney License No. ____________
300 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
Telephone: ________________

Attorney for Defendant Robert Wones

**ORDER**

The foregoing Stipulation for Protective Order is hereby adopted by the Court.

Dated this 23 day of Dec., 2002.

BY THE COURT:

Chief Magistrate Judge Lebedoff
United States District Court
District of Minnesota

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word **"SEALED"** or **"CONFIDENTIAL"**

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.