**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JAMIE MORROW,

Plaintiff,

v.

ROBERT WONES and R.L. ONE, INC.,
dba S&R Management

Defendant.

01CV1846 (JNE/JGL)

**NOTICE OF JURY TRIAL**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for a **JURY TRIAL** on Tuesday, December 9, 2003 at 9:30 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota, as Case No. 2.

DATED: October 24, 2003.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette *Deputy Clerk*

OCT 24 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS