UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMIE MORROW, 01CV1846 (JNE/JGL)

Plaintiff,

v. **ORDER FOR DISMISSAL**

ROBERT WONES,

Defendant.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: January 30, 2004.

JOAN N. ERICKSEN, Judge
United States District Court

FILED JAN 30 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS